

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

USDC HI  Case No.
CV 16-00155 DKW-KSC

Debtor(s):  **MAX BRADFORD SUITER**             Chapter 7        Case No. 15-00083

Plaintiff(s): **THOMAS C. PEARSON**                                         A.P. No. 15-90020
("et al." if multiple)

vs. Defendant(s): **MAX BRADFORD SUITER, et al.**
("et al." if multiple)

## NOTICE OF TRANSMITTAL TO DISTRICT COURT

The following document or matter is being transmitted to the district court for further attention:

| Bankruptcy Judge's Recommendation to Withdraw Reference (Schedule Jury Trial) |

Suggested Cause of Action (District CM/ECF):

| 28:0157d (28:0157 Motion for Withdrawal of Reference) |

Suggested Nature of Suit (District CM/ECF):

| 423 (Bankruptcy Withdrawal) |

☒ Filing fee paid or no fee due.          ☐ Filing fee not paid.

| Party | Thomas C. Pearson | Role | Plaintiff |
| Party | Max Bradford Suiter | Role | Defendant |
| Party |  | Role |  |
| Party |  | Role |  |

☒ Additional parties        ☒ Docket sheet attached        ☐ Attorney list attached

See docket sheet for complete list of parties and attorneys. Pertinent pleadings and court orders will be transmitted separately.

Dated: March 31, 2016                                       Michael B. Dowling, Clerk