IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| In re:<br><br>MAX BRADFORD SUITER,<br><br>    Debtor. | CV. NO. 16-00155 DKW-KSC<br><br>U.S. Bankruptcy Case No. 15-00083<br><br>Adversary Proceeding No. 15-90020 |
| THOMAS C. PEARSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>MAX BRADFORD SUITER; CANAAN CONSTRUCTION, LTD.; CANAAN BUILDERS, LLC; 1122 MAKEPONO STREET, LLC; and RAYMOND T. SUITER,<br><br>    Defendants. | **ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE OF ADVERSARY PROCEEDING** |
| CANAAN CONSTRUCTION, LTD.; Counterclaimant,<br><br>    vs.<br><br>THOMAS C. PEARSON,<br><br>    Counterclaim Defendant. | |

## ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE OF ADVERSARY PROCEEDING

On March 31, 2016, following confirmation that the parties did not consent to entry of any final order or judgment by the bankruptcy court, and in light of Canaan Construction, Ltd.'s jury demand, United States Bankruptcy Judge Robert J. Faris recommended that this court withdraw the reference of this adversary proceeding to conduct a jury trial.  Dkt. No. 1.  Judge Faris further recommended that this adversary proceeding remain in the bankruptcy court for all other purposes until ninety days prior to the trial date, including setting and adjusting deadlines for discovery and filing motions to join parties, amend the complaint, compel discovery, as well as motions to dismiss and for summary judgment.

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 157(c)(1) and Rule 9033(d) of the Federal Rules of Bankruptcy Procedure, the Recommendation to District Court to Withdraw Reference of Adversary Proceeding is ADOPTED.

Magistrate Judge Chang will issue a separate scheduling order setting a trial date and deadlines for trial-related submissions.  Following the issuance of the

scheduling order, this matter will be REFERRED to the bankruptcy judge for all other purposes.   The reference will be withdrawn ninety days before the trial date.

IT IS SO ORDERED.

DATED: April 20, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*In re:   Max Bradford Suiter*; Civil No. 16-00155 DKW-KSC; ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE OF ADVERSARY PROCEEDING