

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

*Debtor(s):*  MAX BRADFORD SUITER           Chapter 7        Case No. 15-00083

*Plaintiff(s):* ("et al." if multiple)  THOMAS C. PEARSON                    A.P. No. 15-90020

*vs. Defendant(s):* ("et al." if multiple)  MAX BRADFORD SUITER; et al.

## NOTICE OF TRANSMITTAL TO DISTRICT COURT

The following document or matter is being transmitted to the district court for further attention:

Recommendation Regarding Extension of Objections Deadline in Civil No. 16-00155-DKW-KSC

Suggested Cause of Action (District CM/ECF):

Suggested Nature of Suit (District CM/ECF):

☐ Filing fee paid or no fee due.        ☐ Filing fee not paid.

| Party | | Role | |
|---|---|---|---|
| Party | | Role | |
| Party | | Role | |
| Party | | Role | |

☐ Additional parties        ☐ Docket sheet attached        ☐ Attorney list attached

Dated:  November 30, 2016                           Michael B. Dowling, Clerk