IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| In re:<br><br>MAX BRADFORD SUITER,<br><br>    Debtor. | CV. NO. 16-00155 DKW-KSC<br><br>U.S. Bankruptcy Case No. 15-00083<br><br>Adversary Proceeding No. 15-90020 |
| THOMAS C. PEARSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>MAX BRADFORD SUITER; CANAAN CONSTRUCTION, LTD.; CANAAN BUILDERS, LLC; 1122 MAKEPONO STREET, LLC; and RAYMOND T. SUITER,<br><br>    Defendants. | **ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION TO DISTRICT COURT TO GRANT EXTENSION OF TIME TO FILE OBJECTIONS TO PROPOSED FINDINGS AND RECOMMENDED PARTIAL JUDGMENT** |
| CANAAN CONSTRUCTION, LTD.; Counterclaimant,<br><br>  vs.<br><br>THOMAS C. PEARSON,<br><br>    Counterclaim Defendant. | |

1

# ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION TO DISTRICT COURT TO GRANT EXTENSION OF TIME TO FILE OBJECTIONS TO PROPOSED FINDINGS AND RECOMMENDED PARTIAL JUDGMENT

On November 30, 2016, United States Bankruptcy Judge Robert J. Faris recommended that this Court grant defendants' motion requesting a twenty-one day extension of the fourteen day period for them to file objections under Federal Rule of Bankruptcy Procedure 9033(b) and (c).  Dkt. No. 37.  Judge Faris found that cause exists to extend the deadline due to the volume of the proposed findings and the complexity of the case, and because all but one of the defendants had retained new counsel within the past month.  Upon de novo review of the recommendation of the Bankruptcy Judge and no objections having been received,

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 157(c)(1) and Rule 9033(d) of the Federal Rules of Bankruptcy Procedure, the Recommendation to

///

///

///

District Court to Grant Extension of Time to File Objections to Proposed Findings and Recommended Partial Judgment is ADOPTED.

IT IS SO ORDERED.

DATED: December 15, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

In re: MAX BRADFORD SUITER vs. Max Bradford Suiter, et al.; Civil No. 16-00155 DKW KSC; **ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION TO DISTRICT COURT TO GRANT EXTENSION OF TIME TO FILE OBJECTIONS TO PROPOSED FINDINGS AND RECOMMENDED PARTIAL JUDGMENT**